| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(215)627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Wells Fargo Bank N.A., as Trustee, for<br>Carrington Mortgage Loan Trust, Series 2006-NC4<br>Asset-Backed Pass-Through Certificates. | **Order Filed on February 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Jenny Rodriguez,<br><br>Debtor. | Case No.:  18-34218 VFP<br>Adv. No.:<br>Hearing Date:  2/21/19 @ 8:30 a.m.<br><br>Judge:  Vincent F. Papalia |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 14, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor:              Jenny Rodriguez
Case No.:            18-34218 VFP
Caption:             **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                     DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Wells Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC4 Asset-Backed Pass-Through Certificates., holder of a mortgage on real property located at 250-252 18th Avenue, Paterson, NJ 07504, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and David J. Doyaga Sr, Esquire, attorney for Debtor, Jenny Rodriguez, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall obtain a loan modification by April 12, 2019, or as may be extended by an application to extend the loss mitigation period; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the loss mitigation order while the loss mitigation period is active; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee is not to pay the arrears while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its rights to the pre-petition arrears or the difference between the regular post-petition payment and the loss mitigation payment, or any other post-petition arrears that may accrue; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the loan modification is unsuccessful, Debtor shall modify the plan to address Secured Creditor's pre-petition arrears, either by curing the arrears, selling the property, surrendering the subject property, or in a manner otherwise permitted by the code; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 18-34218-VFP
Jenny Rodriguez                                                 Chapter 13
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin            Page 1 of 1          Date Rcvd: Feb 15, 2019
                              Form ID: pdf903        Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2019.
db             +Jenny Rodriguez,    250-252  18th Avenue,    Paterson, NJ 07504-1624
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                       TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2019 at the address(es) listed below:
         David J Doyaga, Sr    on behalf of Debtor Jenny  Rodriguez david.doyaga.sr@gmail.com,
          cathy@bigapplebankruptcy.com;theresa@bigapplebankruptcy.com
         Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank N.A., as Trustee, for Carrington
          Mortgage Loan Trust, Series 2006-NC4 Asset-Backed Pass-Through Certificates.
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Kevin Gordon McDonald    on behalf of Creditor   Wells Fargo Bank N.A., as Trustee, for Carrington
          Mortgage Loan Trust, Series 2006-NC4 Asset-Backed Pass-Through Certificates.
          kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Marie-Ann  Greenberg   magecf@magtrustee.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 5
```