| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>David J. Doyaga, Sr.<br>Attorneys at Law<br>Attorney for Jenny Rodriguez<br>26 Court Street, Suite 1601<br>Brooklyn, NY 11242<br>E-Mail: david.doyaga.sr@gmail.com | |
| In Re:<br><br>Jenny Rodriguez | Case No.:  __18-34218__<br><br>Judge:  __Papalia__<br><br>Chapter:  __13__ |

## APPLICATION FOR EXTENSION OR
## EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the __attorney for Jenny Rodriguez__ in this matter. On __January 9, 2019__, a Loss Mitigation Order was entered concerning:

Property: _____

Creditor: _____

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on __April 12, 2019__.

For the reason(s) set forth below, the __Debtor__ hereby requests:

☑ An extension of the Loss Mitigation Period to __June 12, 2019__.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
The Debtor cancelled the loan modification review because it did not recieve all documents to complete the review process. The Debtor has the misssing documents and is requesting to re-submit a new and complete package with current information.

Dated: __April 10, 2019__          S/David J. Doyaga, Sr.
                                                              Applicant's signature

*Revised 9/19/13*