UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

David J. Doyaga, Sr.
Attorneys at Law
26 Court Street, Suite 1601
Brooklyn, NY 11242
tel: 718-488-7500
E-Mail:  david.doyaga.sr@gmail.com

In Re:

Jenny Rodriguez

Order Filed on April 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     __18-34218-VFP__

Chapter:     _____13_____

Judge:     _____Papalia_____

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 25, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on   January 9, 2019   :

Property:    250-252 18th Avenue, Paterson, NJ 07504

Creditor:    Carrington Mortgage

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by   Jenny Rodriguez  , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by   _____  , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including   July 12, 2019   .

The Loss Mitigation Period is terminated, effective   _____   .

*Revised 9/19/13*

2