UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

David J. Doyaga, Sr.
Attorneys at Law
26 Court Street, Suite 1601
Brooklyn, NY 11242
tel: 718-488-7500
E-Mail: david.doyaga.sr@gmail.com

Order Filed on April 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jenny Rodriguez

Case No.:       18-34218-VFP

Chapter:            13

Judge:            Papalia

ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

DATED: April 25, 2019

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____January 9, 2019____ :

Property:      250-252 18th Avenue, Paterson, NJ 07504

Creditor:      Carrington Mortgage

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Jenny Rodriguez_____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____July 12, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

Case 18-34218-VFP    Doc 35    Filed 04/27/19    Entered 04/28/19 00:34:38    Desc Imaged
                         Certificate of Notice    Page 3 of 3

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-34218-VFP
Jenny Rodriguez                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 1                Date Rcvd: Apr 25, 2019
                               Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
db             +Jenny Rodriguez,    250-252 18th Avenue,    Paterson, NJ 07504-1624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
              David J Doyaga, Sr    on behalf of Debtor Jenny  Rodriguez david.doyaga.sr@gmail.com,
               cathy@bigapplebankruptcy.com;theresa@bigapplebankruptcy.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, for Carrington
               Mortgage Loan Trust, Series 2006-NC4 Asset-Backed Pass-Through Certificates.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, for Carrington
               Mortgage Loan Trust, Series 2006-NC4 Asset-Backed Pass-Through Certificates.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5