UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

DavidJ. Doyaga, Sr.
Attorneys at Law
26 Court Street Suite 1601
Brooklyn, NY 11242
Tel:  718 488 7500
E=Mail:  david.doyaga.sr@gmail.com

In Re:

Jenny Rodriguez

Case No.:  __18-34218-VFP__

Judge:  ____Papalia____

Chapter:  _____13_____

# APPLICATION FOR EXTENSION OR
# EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____attorney for Jenny Rodriguez_____ in this matter. On ____January 9, 2019____, a Loss Mitigation Order was entered concerning:

Property:  _____250-252 18th Avenue, Paterson, NJ 07504_____

Creditor:  Carrington Mortgage Services, LLC_____

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on ____July 12, 2019____.

For the reason(s) set forth below, the _____ hereby requests:

☑ An extension of the Loss Mitigation Period to ____September 12, 2019____.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
On June 25, 2019, the Debtor received a letter from Carrington Mortgage Services, LLC that all documents were received and the Debtor will have a decision in writing within 30 calendar days of June 25, 2019.

Dated: July 5, 2019_____           S/David J. Doyaga. Sr._____
                                        Applicant's signature

*Revised  9/19/13*